Douglas W. Robinson (SBN: 255909)
dwrobinson@shb.com
Eva M. Weiler (SBN 233942)
eweiler@shb.com
**Shook, Hardy & Bacon, LLP**
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, CA 92614
Tel: 949.475.1500
Fax: 949.475.0016

William C. Martucci (to seek pro hac vice admission)
Kristen A. Page (to seek pro hac vice admission)
kpage@shb.com   wmartucci@shb.com
**Shook, Hardy & Bacon, LLP**
2555 Grand Blvd.
Kansas City, MO 64108
Tel: 816.474.6550
Fax: 816.421.5547

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ESTRADA, et al. | Case No. 3:14-cv-02888-GPC-NLS |
| Plaintiff, | Judge: Hon. Gonzalo P. Curiel |
| CSK AUTO, INC. d/b/a O'REILLY AUTO PARTS, et al. | **CLASS ACTION** |
| Defendants. | **JOINT MOTION TO TRANSFER CASE TO WESTERN DISTRICT OF MISSOURI (28 U.S.C. § 1404(A))** |

-1-

Defendants CSK Auto, Inc. n/k/a O'Reilly Auto Enterprises, LLC d/b/a O'Reilly Auto Parts[1] and O'Reilly Automotive Stores, Inc. ("Defendants") and plaintiff Juan Estrada jointly move the Court for its order transferring the above-captioned action to the United States District Court for the Western District of Missouri, pursuant to 28 U.S.C. § 1404(a). Transfer would serve the convenience of the parties and witnesses, and the interests of justice, as contemplated by 28 U.S.C. § 1404(a).

WHEREAS, Plaintiff Juan Estrada initiated his putative class action against Defendants on December 5, 2014, asserting Defendants violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681b(b)(2)(A) and 1681d(a) and the Investigative Consumer Reporting Agencies Act ("ICRAA"), CAL. CIV. CODE § 1786.16(b), by failing to comply with state and federal mandates for obtaining and using information from consumer and/or investigative consumer reports in connection with hiring processes (the "Estrada Action");

WHEREAS, on April 10, 2014, a first-filed and related putative class action, filed by plaintiff Rebecca Courtright, was removed to the U.S. District Court for the Western District of Missouri (the "Courtright Action"). The Courtright Action asserted claims that Defendants violated the FCRA by failing to provide her and other putative class members a copy of their consumer report, a reasonable notice period in which to challenge the consumer report, and a description in writing of rights under the FCRA prior to adverse action being taken;

WHEREAS, on July 14, 2014, plaintiffs Rebecca Courtright and Raphael Saye filed a First Amended Complaint in the Courtright Action ("Courtright/Saye Action"), adding parties and allegations, asserting Defendants violated the FCRA, ICRAA, and

---

[1] As a result of an internal corporate reorganization, CSK Auto, Inc. was converted to a limited liability company and renamed O'Reilly Auto Enterprises, LLC in January 2014.

California's Unfair Competition Law ("UCL"), CAL. BUS. & PROF. CODE § 17200, *et. seq.* in connection the procurement and use of consumer reports for employment purposes;

WHEREAS, the undersigned parties agree that the Estrada action is predicated on substantially similar facts and substantive allegations, and asserts claims on behalf of the same putative class, as the first filed (and now amended) Courtright/Saye Action;

WHEREAS, on January 20, 2015, Defendants filed their motion to dismiss, stay, or transfer the Estrada Action, pursuant to the first-to-file rule;

WHEREAS, pursuant to 28 U.S.C. § 1404(a), "[f]or the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action … to any district or division to which all parties have consented;"

WHEREAS, the undersigned parties agree that Defendants' pending motion to dismiss, stay, or transfer the Estrada Action, set for hearing on April 24, 2015, should be taken off calendar in light of the parties' agreement to transfer the Estrada Action to the Western District of Missouri; and

WHEREAS, the parties agree that this joint motion is not intended to establish any of the requirements under FED. R. CIV. P. 23, and that the parties will not offer this joint motion in support of or in opposition to class certification, to the extent class certification is addressed in the Courtright/Saye and Estrada Actions.

NOW, THEREFORE, pursuant to 28 U.S.C. § 1404(a), and subject to the approval of the Court, the parties hereby jointly move for the Court's order transferring *Estrada v. CSK Auto, Inc. n/k/a O'Reilly Auto Enterprises, LLC d/b/a O'Reilly Auto Parts and O'Reilly Automotive Stores, Inc*., Case NO. 3:14-cv-02888-GPC-NLS, from the Honorable Gonzalo P. Curiel of the Southern District of

-3-
JOINT MOTION TO TRANSFER Case No. 3:14-cv-02888-GPC-NLS
241318 v1

Case 4:15-cv-00134-GAF   Document 9   Filed 02/13/15   Page 3 of 4

California to the Honorable Gary A. Fenner of the Western District of Missouri and taking off calendar the April 24, 2015 hearing.

Dated: February 13, 2015  Respectfully submitted,

SHOOK HARDY & BACON L.L.P.

By: /s/ Douglas W. Robinson
       Douglas W. Robinson

Attorneys for Defendants CSK AUTO, INC. n/k/a O'REILLY AUTO ENTERPRISES, LLC d/b/a O'REILLY AUTO PARTS and O'REILLY AUTOMOTIVE STORES, INC.

Dated: February 13, 2015  CAPSTONE LAW APC

By: /s/ Raul Perez
       Raul Perez

Attorneys for Plaintiff JUAN ESTRADA