# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JUAN ESTRADA, | |
| **Plaintiff,** | |
| vs. | Case No. 4:15-CV-00134 |
| CSK AUTO, INC., et al. | |
| **Defendants.** | |

## ENTRY OF APPEARANCE

**COMES NOW** Phyllis Norman, and the law firm of The Norman Law Firm, LLC, and hereby enters her appearance on behalf of plaintiff, Juan Estrada in the above referenced case.

Respectfully submitted,

THE NORMAN LAW FIRM, LLC

/s/Phyllis A. Norman
Phyllis A. Norman          MO #55887
1000 Broadway, 4th Floor
Kansas City, MO 64105
(816) 288-9622; (f) (816) 471-1701
phyllis@pnormanlaw.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on this 26th day of February, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ Phyllis A. Norman
**ATTORNEY FOR PLAINTIFFS**